WO

## *UNITED STATES DISTRICT COURT*

DISTRICT OF ARIZONA

```
Joel Cortez-Barrera,              )
                                  )
                                  )
          Petitioner,             )
                                  )
     vs.                          )  JUDGMENT IN A CIVIL CASE
                                  )
United States of America,         )  Case No.05-CV-634-TUC-FRZ
                                  )           05-CR-887-TUC-FRZ
          Respondent.             )
_____)
```

X   **DECISION BY COURT.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED** that Petitioner's § 2255 Motion (U.S.D.C. document #19 in CR-08-887-TUC-FRZ) is **DENIED** and this case (CV-05-634-TUC-FRZ) is **DISMISSED**.

October 28, 2005              RICHARD H. WEARE
Date                          CLERK

                              S/ *M.  Michelle Mejia*
                                 M.  Michelle Mejia
                                   Deputy Clerk

Copies to:
J/B, FRZ, Cortez-Barrera, all Counsel